CENTRAL DISTRICT & PRINTING TEL. CO. v. MIZER. (Circuit Court of Appeals, Sixth Circuit. July 22, 1903.) No. 1,203. In Error from the Circuit Court of the United States for the Northern District of Ohio. Gilbert, Hills & Van Derveer, for plaintiff in error. Lynch, Day & Day and W. L. Handley, for defendant in error. Dismissed.

CENTRAL NAT. BANK OF CARTHAGE v. EVERETT. (Circuit Court of Appeals, Eighth Circuit. December 12, 1902.) No. 1,736. In Error to the Circuit Court of the United States for the District of Kansas. Samuel McReynolds, John W. Halliburton, James S. Botsford, Buckner F. Deatherage, and Odus G. Young, for plaintiff in error. H. M. Beardsley, for defendant in error. Affirmed, with costs, without opinion.

CENTRAL TRUST CO. OF NEW YORK v. OLD COLONY TRUST CO. et al. (Circuit Court of Appeals, Sixth Circuit. July 7, 1903.) No. 1,237. Appeal from the Circuit Court of the United States for the Eastern District of Michigan. Butler Notman, Joline & Mynderse, and F. W. Stevens, for appellant. Dickinson, Stevenson, Cullen, Warren & Butzel, for appellees. Dismissed.

COLONIAL TRUST CO. v. BAILEY. (Circuit Court of Appeals, Sixth Circuit. May 5, 1903.) No. 1,218. Appeal from the Circuit Court of the United States for the Western District of Ohio. Kline, Carr, Tolles & Goff, for appellant. John P. Bailey, for appellee. Dismissed.

DAVIS et al. v. DUGGAN. (Circuit Court of Appeals, Eighth Circuit. May 26, 1903.) No. 1,900. Appeal from the Circuit Court of the United States for the District of Kansas. David Overmyer, Frank Doster, John H. Atwood, and R. T. Herrick, for appellants. W. H. Rossington and Charles Blood Smith, for appellee. Dismissed, with costs, pursuant to stipulation.

EAST TENNESSEE TEL. CO. v. MOORE. (Circuit Court of Appeals, Sixth Circuit. March 9, 1903.) No. 1,147. In Error from the Circuit Court of the United States for the Eastern District of Tennessee. Curtin & Haynes, for plaintiff in error. Williams & Bowman, for defendant in error. Dismissed.

In re GAFFNEY. (Circuit Court of Appeals, Eighth Circuit. May 5, 1903.) No. 35 Original. Petition for Writ of Habeas Corpus. Frank P. Blair, for petitioner. John S. Dean, for respondent. Dismissed, without costs to either party in this court, on motion of the petitioner.

GREAT NORTHERN RY. CO. v. DOLAN. (Circuit Court of Appeals, Eighth Circuit. March 23, 1903.) No. 1,852. In Error to the Circuit Court of the United States for the Northern District of Iowa. A. F. Call and Craig L. Wright, for plaintiff in error. Dismissed, with costs, on motion of plaintiff in error.